1

2

3                                                          **The Honorable Marsha J. Pechman**

4

5

6

7                          UNITED STATES DISTRICT COURT
                     FOR THE WESTERN DISTRICT OF WASHINGTON
8                                      AT SEATTLE

9    ANYSA NGETHPHARAT and JAMES                    NO. 2:20-cv-00454 MJP
10   KELLEY,

11                          Plaintiffs,             ORDER GRANTING STIPULATED
                                                    MOTION TO EXTEND RESPONSIVE
12           vs.                                    PLEADING DEADLINE AND
                                                    INITIAL CASE-SCHEDULING
13                                                  DEADLINES
     STATE FARM MUTUAL AUTOMOBILE
14   INSURANCE COMPANY,

15                          Defendant.

16

17           THIS MATTER came on regularly before the Court on the parties' Stipulated Motion to

18   Extend Responsive Pleading Deadline and Initial Case-Scheduling Deadlines.

19
             The Court, being fully advised, HEREBY ORDERS, ADJUDGES AND DECREES that
20
     the deadline for a responsive pleading to plaintiffs' First Amended Class Action Complaint is
21
22   May 29, 2020, and that the initial case-scheduling dates are amended as follows:

23

| Event | Former Deadline | Amended Deadline |
|---|---|---|
| Deadline for FRCP 26(f) Conference | 5/22/2020 | 6/22/2020 |

24

25

ORDER GRANTING STIPULATED
MOTION TO EXTEND RESPONSIVE                                    - 1 -
PLEADING AND INITIAL DEADLINES -
NO. 2:20-CV-00454 MJP

| Event | Former Deadline | Amended Deadline |
|---|---|---|
| Initial Disclosures Pursuant to FRCP 26(a)(1) | 5/29/2020 | 6/29/2020 |
| Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f) and Local Civil Rule 26(f) | 6/5/2020 | 7/6/2020 |

SO ORDERED this _5th_ day of __May__, 2020.

Marsha J. Pechman
United States Senior District Judge

Presented by:

BETTS, PATTERSON & MINES, P.S.

By */s Matthew Munson*
Matthew Munson, WSBA #32019
Betts, Patterson & Mines, P.S.
One Convention Place, Suite 1400
701 Pike Street
Seattle WA 98101-3927
Telephone:(206) 292-9988
E-mail:mmunson@bpmlaw.com
Attorneys for defendant State Farm
Mutual Automobile Insurance Company

Law Offices of STEPHEN M. HANSEN, P.S.

By  s/*Stephen M. Hansen per email approval*
Stephen M. Hansen, WSBA #15642
1821 Dock Street, Suite 103
Tacoma Washington 98402
Tel.:    (253) 302-5955
Email: steve@stephenmhansenlaw.com
Attorneys for plaintiffs

ORDER GRANTING STIPULATED
MOTION TO EXTEND RESPONSIVE
PLEADING AND INITIAL DEADLINES -
NO. 2:20-CV-00454 MJP

- 2 -