| | |
|---|---|
| | UNITED STATES DISTRICT COURT<br>WESTERN DISTRICT OF WASHINGTON<br>AT SEATTLE |

| | |
|---|---|
| ANYSA NGETHPHARAT, et al.,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>STATE FARM MUTUAL<br>INSURANCE COMPANY,<br><br>　　　　　　　　　　Defendant.<br>_____<br><br>FAYSAL A. JAMA,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>STATE FARM FIRE AND<br>CASUALTY COMPANY,<br><br>　　　　　　　　　　Defendant. | CASE NO. C20-454 MJP<br><br>CASE NO. C20-652 MJP<br><br>ORDER ON MOTIONS TO CONSOLIDATE |

The above-entitled Court, having received and reviewed:

1. Defendant Motion to Consolidate (Dkt. No. 20),

2. Plaintiffs' Opposition to Defendant Motion to Consolidate (Dkt. No. 29),

3. Defendant Reply in Support of Motion to Consolidate (Dkt. No. 31),

4. Plaintiffs' Surreply/Request to Strike Sections of Defendant's Reply ISO Motion to Consolidate (Dkt. No. 33),

all attached declarations and exhibits, and relevant portions of the record, rules as follows:

IT IS ORDERED that the motion is DENIED; the Court instead orders counsel in the two above-cited matters to coordinate their preparation of these cases.

IT IS FURTHER ORDERED that counsel are to prepare proposed case schedules for these matters which reflect coordinated timelines for motions on identical issues of law, coordinated depositions of overlapping witnesses, and coordination of all overlapping discovery; the proposed case schedules must be filed by no later than **July 31, 2020**.

The clerk is ordered to provide copies of this order to all counsel.

Dated July 17, 2020.

_Marsha J. Pechman_
Marsha J. Pechman
United States Senior District Judge