The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| FAYSAL A. JAMA, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>STATE FARM FIRE AND CASUALTY INSURANCE COMPANY,<br><br>Defendant. | Case No. 2:20-cv-00652-MJP<br><br>ORDER GRANTING STIPULATED MOTION TO EXTEND DEADLINE FOR ANSWER |

THIS MATTER came on regularly before the Court on the parties' Stipulated Motion to Extend Deadline for Answer.

The Court, being fully advised, HEREBY ORDERS that the deadline for the answer to Plaintiff's Complaint is November 30, 2020.

SO ORDERED this 24th day of November, 2020.

Marsha J. Pechman
United States District Judge

Presented by:

BETTS, PATTERSON & MINES, P.S.

*s/ Peter W. Herzog III*

| | | |
|---|---|---|
| Order Granting Stipulated Motion to Extend Deadline for Answer<br>Case No. 2:20-cv-00652-MJP | 1 | BETTS PATTERSON & MINES, P.S.<br>701 Pike Street, Suite 1400<br>Seattle, WA 98101-3927<br>P. 206.268.8652 |

1  Peter W. Herzog III (*pro hac vice*)
   Wheeler Trigg O'Donnell LLP
2  211 N. Broadway, Suite 2825
3  St. Louis, Missouri 63102
   Phone:        314.326.4128
4  Fax:          303.244.1879
   Email:        pherzog@wtotrial.com
5

6  Eric L. Robertson (*pro hac vice*)
   Wheeler Trigg O'Donnell LLP
7  370 17th Street, Suite 4500
8  Denver, Colorado  80202-5647
   Phone:        303.244.1842
9  Fax:          303.244.1879
   Email: robertson@wtotrial.com
10

11
   By  */s Matthew Munson*
12 Matthew Munson, WSBA #32019
   Betts, Patterson & Mines, P.S.
13 One Convention Place, Suite 1400
   701 Pike Street
14 Seattle WA 98101-3927
   Telephone:(206) 292-9988
15 E-mail:mmunson@bpmlaw.com
16 Attorneys for defendant State Farm
   Fire and Casualty Insurance Company
17
   *s/ Mark A. Trivett*
18  Duncan C. Turner, WSBA #20597
    Mark A. Trivett, WSBA #46375
19  Badgley Mullins Turner, PLLC
20  19929 Ballinger Way NW, #200
    Seattle, WA 98155
21  Telephone: 206-621-6566
    Fax:       206-621-9686
22  Email:     dturner@badgleymullins.com
               mtrivett@badgleymullins.com
23
24  Daniel R. Whitmore, WSBA #24012
    Law Office of Daniel R. Whitmore, P.S.
25  6840 Fort Dent Way, #210
    Tukwila, WA 98188
26  Telephone: 206-329-8400
    Facsimile: 206-329-8401
    Email: dan@whitmorelawfirm.com

| | | |
|---|---|---|
| Order Granting Stipulated Motion to Extend Deadline for Answer<br>Case No. 2:20-cv-00652-MJP | 2 | BETTS PATTERSON & MINES, P.S.<br>701 Pike Street, Suite 1400<br>Seattle, WA  98101-3927<br>P. 206.268.8652 |

1 | *Attorneys for Plaintiff and Putative Class*

Order Granting Stipulated Motion to
Extend Deadline for Answer
Case No. 2:20-cv-00652-MJP

3

BETTS PATTERSON & MINES, P.S.
701 Pike Street, Suite 1400
Seattle, WA 98101-3927
P. 206.268.8652