UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANYSA NGETHPHARAT, JAMES KELLEY, <br><br> Plaintiffs, <br><br> v. <br><br> STATE FARM MUTUAL INSURANCE COMPANY, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, <br><br> Defendants. | CASE NO. C20-454 MJP <br><br> MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States District Judge:

Plaintiffs filed a motion to seal requesting the Court permit them to file under seal a declaration that refers to and contains documents Defendants designated as confidential. (Dkt. No. 54.) Plaintiffs have not filed the declaration or supporting documents with the motion. The motion is improperly filed and DENIED without prejudice.

MINUTE ORDER - 1

First, Plaintiffs ask leave of Court to file materials provisionally under seal that are or refer to documents Defendants have designated as confidential. But under Local Rule 5(g)(2)(B), "[f]iling a motion or stipulated motion to seal permits the party to file the document under seal <u>without prior court approval</u> pending the court's ruling on the motion to seal." This allows the Court to assess and resolve the motion to seal with a full view to the documents in dispute. Second, Plaintiffs failed to note their motion properly in accordance with Local Rule 7(d). Given that Plaintiffs take the position that Defendants' documents should not be sealed, the motion to seal must be noted properly to allow Defendants the opportunity to provide argument to support keeping sealed any materials Plaintiffs may provisionally file under seal. <u>See</u> Local Rule 5(g)(3)(B). Third, Plaintiffs' counsel failed to comply with Local Rule 5(g)(3)(A), which requires a certification that the parties to met and conferred before filing a motion to seal.

Counsel is directed to review thoroughly the Local Rules before refiling a motion to seal.

The clerk is ordered to provide copies of this order to all counsel.

Filed November 30, 2020.

William M. McCool<br>
Clerk of Court<br><br>
s/Paula McNabb<br>
Deputy Clerk

MINUTE ORDER - 2