The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

ANYSA NGETHPHARAT and JAMES KELLEY, on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,

Defendant.

No. 2:20-cv-00454 MJP

AMENDMENT TO PROTECTIVE ORDER

The Court's Protective Order (Dkt. No. 47) is hereby amended so that Paragraph 3 of the Protective Order is deleted and replaced with the following:

3. The disclosure of Confidential Information is restricted to Qualified Persons. "Qualified Persons," as used herein, means: the Parties to this pending Lawsuit, captioned *Ngethpharat v. State Farm Mutual Automobile Insurance Co.*, Case No. 2:20-cv-00454-MJP (W.D. Wash.); their respective counsel; counsel's staff; expert witnesses; outside service-providers and consultants providing services related to document and ESI processing, hosting, review, and production; the Court; other court officials (including court reporters); the trier of fact pursuant to a sealing order as provided in paragraph 16 below; any person who wrote or received the document, ESI, or other material in the ordinary course of employment or agency; the Parties to the lawsuit captioned *Jama v. State Farm Fire and Casualty Co.*, No. 2:20-cv-00652 MJP (W.D. Wash.), their respective counsel, counsel's staff, and expert witnesses; and any person so designated pursuant to paragraph 4. If this Court so elects, any other person may be designated as

Amendment to Protective Order
Case No. 2:20-cv-00454-MJP

1

BETTS PATTERSON & MINES, P.S.
701 Pike Street, Suite 1400
Seattle, WA 98101-3927
P. 206.268.8652

a Qualified Person by order of this Court, after notice to the Parties.

    DONE and ORDERED this 7th day of December, 2020.

_____

*[signature]*

The Honorable Marsha J. Pechman
UNITED STATES DISTRICT JUDGE

Presented by:

*s/Peter W. Herzog*
Peter W. Herzog III (*pro hac vice*)
Wheeler Trigg O'Donnell LLP
211 N. Broadway, Suite 2825
St. Louis, Missouri 63102
Phone:    314.326.4128
Fax:    303.244.1879
Email:    pherzog@wtotrial.com

Eric L. Robertson (*pro hac vice*)
Wheeler Trigg O'Donnell LLP
370 17th Street, Suite 4500
Denver, Colorado  80202-5647
Phone:    303.244.1842
Fax:    303.244.1879
Email:    robertson@wtotrial.com

*s/ Matthew Munson*
Joseph D. Hampton, WSBA #15297
Matthew Munson, WSBA #32019
Betts, Patterson & Mines, P.S.
One Convention Place
701 Pike Street, Suite 1400
Seattle, WA 98101-3927
Phone:    206.292.9988
Fax:    206.343.7053
Email:    jhampton@bpmlaw.com
             mmunson@bpmlaw.com

*Attorneys for Defendant*

Amendment to Protective Order
Case No. 2:20-cv-00454-MJP

2

BETTS PATTERSON & MINES, P.S.
701 Pike Street, Suite 1400
Seattle, WA  98101-3927
P. 206.268.8652