The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ANYSA NGETHPHARAT and JAMES KELLEY;

Plaintiffs,

v.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,

Defendant.

No. 2:20-CV-00454-MJP

**DECLARATION OF ERIC L. ROBERTSON IN SUPPORT OF DEFENDANT'S RESPONSE TO PLAINTIFFS' MOTION TO PROVISIONALLY FILE DOCUMENTS UNDER SEAL PER LCR 5(G)(3)(B)**

I, Eric L. Robertson, declare as follows:

1. I am an attorney licensed to practice before all courts of the State of Colorado and am admitted to practice *pro hac vice* before this Court. I am a partner in the law firm of Wheeler Trigg O'Donnell LLP, and I am counsel of record for Defendant State Farm Mutual Automobile Insurance Company ("State Farm") in the above-captioned litigation. I am submitting this Declaration in support of Defendant's Response to Plaintiffs' Renewed Motion to Provisionally File Documents Under Seal Per LCR 5(G)(3)(B).

2. A true and correct copy of Plaintiffs' Motion for Class Certification, with redactions, is attached as **Exhibit A**.

3. A true and correct copy of the expert report of Darrell M. Harber, with redactions, is attached as **Exhibit B**.

Decl. of Eric Robertson ISO Def.'s Resp. to Pls.' Mot. to Prov. File Under Seal
2:20-CV-00454-MJP
6647095.2

BETTS PATTERSON & MINES, P.S.
701 Pike Street, Suite 1400
Seattle, WA  98101-3927
P. 206.268.8652

4.  A true and correct copy of the expert report of Dr. Paul A. Torelli, with redactions, is attached as **Exhibit C**.

5.  A true and correct copy of the January 14, 2021 Deposition of Neal Lowell as 30(b)(6) for Audatex, with redactions, is attached as **Exhibit D**.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 16th day of February 2021.

*s/ Eric Robertson*
Eric Robertson

Decl. of Eric Robertson ISO Def.'s Resp. to Pls.' Mot. to Prov. File Under Seal
2:20-CV-00454-MJP
6647095.2

2

BETTS PATTERSON & MINES, P.S.
701 Pike Street, Suite 1400
Seattle, WA 98101-3927
P. 206.268.8652

## CERTIFICATE OF SERVICE (CM/ECF)

I certify that on February 16, 2021, I electronically filed the foregoing **DECLARATION OF ERIC L. ROBERTSON IN SUPPORT OF DEFENDANT'S RESPONSE TO PLAINTIFFS' MOTION TO PROVISIONALLY FILE DOCUMENTS UNDER SEAL PER LCR 5(G)(3)(B)** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following email addresses:

- **Stephen M. Hansen**
  info@stephenmhansenlaw.com

- **Scott P. Nealey**
  snealey@nealeylaw.com

_s/ Matthew Munson_

Decl. of Eric Robertson ISO Def.'s Resp. to Pls.' Mot. to Prov. File Under Seal
2:20-CV-00454-MJP
6647095.2

3

BETTS PATTERSON & MINES, P.S.
701 Pike Street, Suite 1400
Seattle, WA  98101-3927
P. 206.268.8652