UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANYSA NGETHPHARAT, JAMES KELLEY<br><br>Plaintiffs,<br><br>v.<br><br>STATE FARM MUTUAL INSURANCE COMPANY, et al.,<br><br>Defendants. | CASE NO. C20-454 MJP<br><br>CASE NO. C20-652 MJP<br><br>MINUTE ORDER |
| FAYSAL A. JAMA<br><br>Plaintiff,<br><br>v.<br><br>STATE FARM, FIRE AND CASUALTY COMPANY,<br><br>Defendant. | |

\\

MINUTE ORDER - 1

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States District Judge:

The Court issues this Minute Order to clarify its Order Granting Defendants' Motion for Relief from Deadline. (Ngethpharat Dkt. No. 104; Jama Dkt. No. 76.) The Order applies to and re-notes Plaintiffs' Joint Motions to Exclude Lynch and Marais (Ngethpharat Dkt. Nos. 93, 95; Jama Dkt. Nos. 65, 67) to May 21, 2021. Defendants' responses to both motions are due by no later than May 17, 2021.

The clerk is ordered to provide copies of this order to all counsel.

Filed May 7, 2021.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk