|   |   |
|---|---|
| UNITED STATES DISTRICT COURT<br>WESTERN DISTRICT OF WASHINGTON<br>AT SEATTLE | |
| ANYSA NGETHPHARAT, individually, JAMES KELLEY, individually and on behalf of all persons similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>STATE FARM MUTUAL INSURANCE COMPANY, et al.,<br><br>Defendants. | CASE NO. C20-454 MJP<br><br>MINUTE ORDER |
| FAYSAL A JAMA, individually and on behalf of all persons similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>STATE FARM FIRE AND CASUALTY COMPANY,<br><br>Defendant. | |

MINUTE ORDER - 1

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States District Judge:

The Court has reviewed the Parties' Joint Status Report on Trial Time. (Dkt. No. 159.) Having reviewed the filing, the Court sets the trial in this matter for 15 days.

The clerk is ordered to provide copies of this order to all counsel.

Filed August 16, 2021.

                                          Ravi Subramanian
                                          Clerk of Court

                                          s/Paula McNabb
                                          Deputy Clerk