The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANYSA NGETHPHARAT, individually, and JAMES KELLEY, individually and on behalf of those similarly situated,<br><br>    Plaintiffs<br><br>v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, et al.,<br><br>    Defendants.<br><br>FAYSAL A. JAMA, on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>STATE FARM FIRE AND CASUALTY COMPANY,<br><br>    Defendant. | No. 2:20-cv-00454 MJP<br>(consolidated with No. 2:20-cv-000652 MJP)<br><br>**ORDER ON STIPULATED MOTION TO RESET DEFENDANT'S 30-DAY DEADLINE** |

    This matter came before the Court on the Parties' Joint Stipulated Motion to Reset Defendant's 30-Day Deadline. (Dkt. No. 161.)

    The Court has considered the Stipulated Motion and all related materials on the docket , and the Court GRANTS the Motion.

Order – 1
2:20-CV-00454-MJP

**WHEELER TRIGG O'DONNELL LLP**
211 N. Broadway, Suite 2825
St. Louis, Missouri 63102
P 314.326.4128

State Farm Mutual Automobile Insurance Company's 30-day Deadline to produce the documents and information compelled by this Court in its Order on Motion to Compel (*see* Dkt. No. 158) runs from August 17, 2021, the date that Plaintiffs' expert pulled the random sample of 1,820 claim numbers, rather than the date the Court entered its Order.

Dated August 18, 2021.

Marsha J. Pechman
United States Senior District Judge

Order – 2
2:20-CV-00454-MJP

**WHEELER TRIGG O'DONNELL LLP**
211 N. Broadway, Suite 2825
St. Louis, Missouri 63102
P 314.326.4128

Presented by:

WHEELER TRIGG O'DONNELL LLP

By  /s *Peter W. Herzog III*
Peter W. Herzog III (*pro hac vice*)
211 N. Broadway, Suite 2825
St. Louis, Missouri 63102
Telephone:     314.326.4129
Facsimile:      303.244.1879
Email:  pherzog@wtotrial.com

Eric L. Robertson (*pro hac vice*)
370 17th Street, Suite 4500
Denver, Colorado  80202-5647
Telephone: 303.244.1842
Facsimile:  303.244.1879
Email:  robertson@wtotrial.com

AND

BETTS, PATTERSON & MINES, P.S.

By  /s *Matthew Munson*
Joseph D. Hampton, WSBA #15297
Matthew Munson, WSBA #32019
Betts, Patterson & Mines, P.S.
One Convention Place, Suite 1400
701 Pike Street
Seattle WA  98101-3927
Telephone: (206) 292-9988
Facsimile: (206) 343-7053
E-mail:  jhampton@bpmlaw.com
E-mail:  mmunson@bpmlaw.com

Attorneys for Defendants

Order – 3
2:20-CV-00454-MJP

**WHEELER TRIGG O'DONNELL LLP**
211 N. Broadway, Suite 2825
St. Louis, Missouri 63102
P 314.326.4128