UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANYSA NGETHPHARAT, individually, JAMES KELLEY, individually and on behalf of all persons similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>STATE FARM MUTUAL INSURANCE COMPANY, et al.,<br><br>Defendants. | CASE NO. C20-454 MJP<br><br>MINUTE ORDER |
| FAYSAL A JAMA, individually and on behalf of all persons similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>STATE FARM FIRE AND CASUALTY COMPANY,<br><br>Defendant. | |

MINUTE ORDER - 1

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States Senior District Judge:

Without obtaining leave of court, Defendants have filed three independent motions for summary judgment directed at discrete issues. (Dkt. Nos. 171, 173, 175.) This violates Local Rule 7(e)(3), which states that "[a]bsent leave of the court, a party must not file contemporaneous dispositive motions, each one directed toward a discrete issue or claim." The Court therefore STRIKES the motions and GRANTS Defendants leave to re-file the three motions as one motion that complies with all provisions of the Local Rules by no later than February 10, 2022. Plaintiffs shall be granted two additional days to respond to the motion, should it be filed.

The clerk is ordered to provide copies of this order to all counsel.

Filed February 8, 2022.

Ravi Subramanian
Clerk of Court

s/Serge Bodnarchuk
Deputy Clerk

MINUTE ORDER - 2