1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANYSA NGETHPHARAT, JAMES KELLEY, | CASE NO. C20-454 MJP |
| Plaintiffs, | |
| v. | ORDER DENYING DEFENDANTS' MOTON TO FILE UNDER SEAL |
| STATE FARM MUTUAL INSURANCE COMPANY, et al., | |
| Defendants. | |
| FAYSAL JAMA | |
| Plaintiff, | |
| v. | |
| STATE FARM FIRE AND CASUALTY COMPANY, | |
| Defendant. | |

1   This matter comes before the Court on Defendants' Motion to Provisionally File

2 Documents Under Seal. (Dkt. No. 203.) Having reviewed the Motion, Plaintiffs' Opposition

3 (Dkt. No. 210), and all supporting materials, the Court DENIES the Motion.

4   Through the Motion, Defendants seek leave to file excerpts of a deposition taken of Mary

5 Owen, one of Plaintiffs' experts, that were designated as confidential. (Ex. A to the Declaration

6 of Eric Robertson in Support of State Farm's Motion to Exclude (Dkt. No. 206).) Defendants

7 seek this relief solely to comply with the Protective Order and take no position as to whether the

8 Court maintains them under seal. Plaintiffs do not oppose unsealing the excerpts. Accordingly,

9 the Court DENIES the Motion and directs the Clerk to UNSEAL Docket Entry Number 206.

10   The clerk is ordered to provide copies of this order to all counsel.

11   Dated March 31, 2022.

12

13          Marsha J. Pechman
           United States Senior District Judge

14

15

16

17

18

19

20

21

22

23

24

ORDER DENYING DEFENDANTS' MOTON TO FILE UNDER SEAL - 2