# UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| ANYSA NGETHPHARAT, and JAMES KELLEY, individually and on behalf of those similarly situated,<br><br>              Plaintiffs,<br><br>       v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY ,<br><br>              Defendant. | CASE NO. C20-454 MJP<br><br>**JUDGMENT IN A CIVIL CASE** |
| FAYSAL JAMA, individually and on behalf of those similarly situated,<br><br>              Plaintiff,<br><br>       v.<br><br>STATE FARM FIRE AND CASUALTY COMPANY,<br><br>              Defendant. | |

| | |
|---|---|
| ___ | **Jury Verdict**. This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict. |
| X | **Decision by Court**. This action came to consideration before the court. The issues have been considered and a decision has been rendered. |

THE COURT HAS ORDERED THAT

Defendants' Motion for Summary Judgment is GRANTED, Summary Judgment is ENTERED in Defendants' favor on all of Plaintiffs' individual claims, and the Court's orders certifying the classes is VACATED.

Dated May 4, 2022.

Ravi Subramanian<br>
Clerk of Court<br>
<br>
s/ Serge Bodnarchuk<br>
Deputy Clerk