UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANYSA NGETHPHARAT and JAMES KELLEY, individually and on behalf of those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY ,<br><br>Defendant. | CASE NO. C20-454 MJP<br><br>MINUTE ORDER |
| FAYSAL JAMA, individually and on behalf of those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>STATE FARM FIRE AND CASUALTY COMPANY,<br><br>Defendant. | |

MINUTE ORDER - 1

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States Senior District Judge:

The Court issues this Minute Order in light of the Mandate and Plaintiff's Status Report. The Court hereby ORDERS the Parties to meet and confer and submit a joint status report that contains a proposed trial date and dates for all remaining interim case deadlines the Parties wish the Court to set. The Court encourages the Parties to reach agreement, but the Parties may also propose different dates and deadlines if they cannot agree. And the Parties may use the report to inform the Court of any other issues they believe the Court should review in setting a case schedule. The joint status report must be filed by no later than December 3, 2024.

The clerk is ordered to provide copies of this order to all counsel.

Filed November 15, 2024.

Ravi Subramanian
Clerk of Court

s/Kathleen Albert
Deputy Clerk

MINUTE ORDER - 2