| | |
|---|---|
| | UNITED STATES DISTRICT COURT<br>WESTERN DISTRICT OF WASHINGTON<br>AT SEATTLE |

| | |
|---|---|
| ANYSA NGETHPHARAT and JAMES KELLEY, individually and on behalf of those similarly situated,<br><br>            Plaintiffs,<br><br>    v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY ,<br><br>            Defendant. | CASE NO. C20-454 MJP<br><br>ORDER SETTING AMENDED TRIAL DATE AND INTERIM DEADLINES |
| FAYSAL JAMA, individually and on behalf of those similarly situated,<br><br>            Plaintiff,<br><br>    v.<br><br>STATE FARM FIRE AND CASUALTY COMPANY,<br><br>            Defendant. | |

At the request of counsel for Defendants who notified the Court of conflicts with the trial date, the Court hereby AMENDS the Trial date and certain pretrial deadlines as follows:

| Case Event | Existing Date | New Date |
|---|---|---|
| **Jury Trial** | **July 28, 2025 at 9:00 AM** | **October 6, 2025 at 9:00 AM** |
| Any motion for leave to reopen case deadlines that have expired shall conform to Local Civil Rules 7(d)(2) & (e)(2) and shall be filed by: | February 5, 2025 | No change |
| Supplemental Briefs not to exceed 2,800 words to discuss the impact of the Ninth Circuit's Opinion (Dkt. No. 235) on the pending motions the Parties wish the Court to rule on (see JSR at 2-3 (Dkt. No. 240)) shall be filed by:<br><br>(No responses or replies shall be filed unless the Court orders otherwise.) | February 21, 2025 | No change |
| Supplemental Briefs not to exceed 2,100 words regarding statutory damages (See JSR at 3 (Dkt. No. 240)) shall be filed by:<br><br>(No responses or replies shall be filed unless the Court orders otherwise.) | February 21, 2025 | No change |
| Motions in Limine shall be filed by (see Local Civil Rule 7(d)(5)): | June 23, 2025 | September 2, 2025 |
| Agreed Pretrial Order shall be filed by: | July 15, 2025 | September 23, 2025 |

| Trial briefs, proposed voir dire questions, proposed jury instructions, and trial exhibits shall be filed by: | July 15, 2025 | September 23, 2025 |
|---|---|---|
| Pretrial Conference | July 22, 2025 at 1:30 PM | September 30, 2025 at 1:30 PM |
| Trial Length | 15 days | No Change |

The other directives in the Court's Order Setting Trial Date and Interim Deadlines (Dkt. No. 244) remain in place and unaffected by this Order.

The clerk is ordered to provide copies of this order to all counsel.

Dated January 24, 2025.

Marsha J. Pechman
United States Senior District Judge

ORDER SETTING AMENDED TRIAL DATE AND INTERIM DEADLINES - 3