The Honorable Marsha J. Pechman

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| ANYSA NGETHPHARAT and JAMES KELLEY, individually and on behalf of all others similarly situated,<br><br>  Plaintiffs,<br><br>  v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,<br><br>  Defendant. | Case No. 2:20-cv-00454-MJP<br><br>[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL<br><br>NOTE ON MOTION CALENDAR: February 11, 2025<br>[*21-Day Motion*] |
| FAYSAL A. JAMA, individually and on behalf of all others similarly situated,<br><br>  Plaintiffs,<br><br>  v.<br><br>STATE FARM FIRE AND CASUALTY COMPANY,<br><br>  Defendant. | |

[PROPOSED] ORDER GRANTING DEFENDANTS MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL – 1
(Case No. 2:20-CV-00454-MJP)

KIRKPATRICK SYMANSKI PARKER
A T T O R N E Y S   A T   L A W
6161 NE 175TH STREET, SUITE 203
KENMORE, WA  98028
(206) 629-5489  FAX (206) 629-2120

# ORDER

Based on the Defendants' Motion to For Withdrawal and Substitution of Counsel in this matter, IT IS HEREBY ORDERED that Defendants' Motion For Withdrawal and Substitution of Counsel is hereby **granted**. Defendant State Farm Mutual Automobile Insurance Company and State Farm Fire and Casualty Company are represented as follows:

LEAD COUNSEL:  WHEELER TRIGG O'DONNELL, LLP

Peter W. Herzog III (*pro hac vice*)
211 N. Broadway, Suite 2825
St. Louis, Missouri 63102
Phone:   314.326.4128
Fax:       303.244.1879
pherzog@wtotrial.com

Eric L. Robertson (*pro hac vice*)
370 17th Street, Suite 4500
Denver, Colorado  80202-5647
Phone:   303.244.1842
Fax:       303.244.1879
robertson@wtotrial.com

LOCAL COUNSEL:KIRKPATRICK SYMANSKI PARKER

Dan Kirkpatrick, WSBA #38674
Zach Parker, WSBA #53373
6161 NE 175th Street, Suite 203
Kenmore, WA 98028
Phone: (206) 629-5489
Fax: (206) 629-2120
dan@ksplaw.com
zach@ksplaw.com

DATED this 12th day of February, 2025.

*[signature]*

MARSHA J. PECHMAN
United States Senior District Judge

[PROPOSED] ORDER GRANTING DEFENDANTS MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL – 2
(Case No. 2:20-CV-00454-MJP)

KIRKPATRICK SYMANSKI PARKER
A T T O R N E Y S   A T   L A W
6161 NE 175TH STREET, SUITE 203
KENMORE, WA  98028
(206) 629-5489  FAX (206) 629-2120

Presented by:

BULLIVANT HOUSER

By *s/ Joseph D. Hampton*
   Joseph D. Hampton  WSBA #15297 *(Withdrawing Local Counsel)*
   Attorneys for Defendant State Farm Mutual Automobile Insurance Company and State Farm Fire & Casualty Company

SELMAN LEICHENGER EDSON HSU NEWMAN MOORE, LLP

By *s/ Matthew Munson*
   Matthew Munson  WSBA #32019 *(Withdrawing Local Counsel)*
   Attorneys for Defendant State Farm Mutual Automobile Insurance Company and State Farm Fire & Casualty Company

WHEELER TRIGG O'DONNELL, LLP

By *s/ Eric L. Robertson*
   Eric L. Robertson  *(admitted Pro Hac Vice, Lead Counsel)*
   Peter W. Herzog, III *(admitted Pro Hac Vice, Lead Counsel)*
   Attorneys for Defendant State Farm Mutual Automobile Insurance Company and State Farm Fire & Casualty Company

KIRKPATRICK SYMANKI PARKER

By *s/ Dan R. Kirkpatrick*
   Dan R. Kirkpatrick  WSBA #38674 *(Substituting Local Counsel)*
   Zach Parker WSBA#53373 *(Substituting Local Counsel)*
   Attorneys for Defendant State Farm Mutual Automobile Insurance Company and State Farm Fire & Casualty Company

[PROPOSED] ORDER GRANTING DEFENDANTS MOTION
FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL – 3
(Case No. 2:20-CV-00454-MJP)

KIRKPATRICK SYMANSKI PARKER
A T T O R N E Y S  A T  L A W
6161 NE 175TH STREET, SUITE 203
KENMORE, WA  98028
(206) 629-5489  FAX (206) 629-2120