UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANYSA NGETHPHARAT and JAMES KELLEY,<br><br>              Plaintiffs,<br><br>    v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,<br><br>              Defendant. | CASE NO. C20-454 MJP<br><br>ORDER DENYING MOTION TO SEAL |
| FAYSAL JAMA,<br><br>    Plaintiff,<br><br>    v.<br><br>STATE FARM FIRE AND CASUALTY COMPANY,<br><br>    Defendant. | |

1    This matter comes before the Court on Plaintiffs' Motion to Seal. (Dkt. No. 256.) Having

2    reviewed the Motion, Defendants' Response (Dkt. No. 263), and all supporting materials, the

3    Court DENIES the Motion. Plaintiffs provisionally sealed two exhibits in support of their

4    opposition to Defendants' Motion to Compel Appraisal because Defendants marked them as

5    confidential pursuant to the Protective Order. Plaintiffs take no position on whether the materials

6    should remain sealed, and Defendants have no objection to the materials being made available

7    publicly. (See Dkt. Nos. 256, 263.) Given that neither Party wishes the materials to be sealed, the

8    Court DENIES the Motion. But, as Defendants point out, the materials contain personal

9    identifying information that must be redacted in accordance with Local Civil Rule 5.2. The Court

10    therefore ORDERS Plaintiffs to refile the materials filed at Dkt. No. 255 with all personal

11    identifying information redacted. Plaintiffs must do so within 10 days of entry of this Order.

12    The Court also ORDERS the Clerk to SEAL Dkt. No. 255 to protect against the release

13    of the personal identifying information.

14    The clerk is ordered to provide copies of this order to all counsel.

15    Dated April 1, 2025.

16

17                                    Marsha J. Pechman
                                      United States Senior District Judge

18

19

20

21

22

23

24

ORDER DENYING MOTION TO SEAL - 2