UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANYSA NGETHPHARAT and JAMES KELLEY, <br><br> Plaintiffs, <br><br> v. <br><br> STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, <br><br> Defendant. | CASE NO. C20-454 MJP <br><br> ORDER DIRECTING RESPONSE |
| FAYSAL JAMA, <br><br> Plaintiff, <br><br> v. <br><br> STATE FARM FIRE AND CASUALTY COMPANY, <br><br> Defendant. | |

1    Plaintiffs have filed a Motion for Reconsideration. (Dkt. No. 274.) The Court invites
2 Defendants to file a response to the Motion. Defendants may file a response of no more than
3 2,100 words, which shall be due by no later than August 21, 2025. No reply shall be filed.

4    The clerk is ordered to provide copies of this order to all counsel.

5    Dated August 14, 2025.

Marsha J. Pechman
United States Senior District Judge

ORDER DIRECTING RESPONSE - 2