1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9

10  ANYSA NGETHPHARAT and JAMES
    KELLEY,

11
                            Plaintiffs,

12
            v.

13
    STATE FARM MUTUAL
14  AUTOMOBILE INSURANCE
    COMPANY,

15
                            Defendant.

16  FAYSAL JAMA,

17          Plaintiff,

18          v.

19
    STATE FARM FIRE AND
20  CASUALTY COMPANY,

21                          Defendant.

22

CASE NO. C20-454 MJP

ORDER AMENDING SUMMARY
JUDGMENT DAMAGE AWARD

23

24

1    This matter comes before the Court on the Parties' Joint Submission regarding the

2    Court's Order on the Cross-Motions for Summary Judgment. (Dkt. No. 273.) In the submission,

3    the Parties indicate that the Court awarded damages on Plaintiffs' CPA claims using a figure

4    prepared by Plaintiffs' expert that used a six-year statute of limitations, not a four-year statute of

5    limitations applicable to Plaintiffs' CPA claim. (See id.) The Parties jointly ask the Court to

6    amend the Order, and revise the award of damages as follows: (1) $33,979,240.07 for the Kelley

7    Class; and (2) $4,320,899.29 for the Jama Class. Given the Parties' agreement, the Court hereby

8    AMENDS the Order on the Cross-Motions for Summary Judgment (Dkt. No. 272) to reduce the

9    award of damages on Plaintiffs' CPA claims to: (1) $33,979,240.07 for the Kelley Class; and (2)

10   $4,320,899.29 for the Jama Class.

11   The clerk is ordered to provide copies of this order to all counsel.

12   Dated August 14, 2025.

13

14   Marsha J. Pechman
     United States Senior District Judge

15

16

17

18

19

20

21

22

23

24