1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANYSA NGETHPHARAT and JAMES KELLEY,<br><br>    Plaintiffs,<br><br>    v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,<br><br>    Defendant. | CASE NO. C20-454 MJP<br><br>ORDER GRANTING IN PART MOTION TO CONTINUE TRIAL AND PRETRIAL DEADLINES |
| FAYSAL JAMA,<br><br>    Plaintiff,<br><br>    v.<br><br>STATE FARM FIRE AND CASUALTY COMPANY,<br><br>    Defendant. | |

|   |   |
|---|---|
| 1 | This matter comes before the Court on Defendants' Unopposed Motion to Continue Trial |
| 2 | and Pretrial Deadlines. (Dkt. No. 278.) In the Motion, Defendants ask the Court to extend the |
| 3 | trial date from November 10, 2025 to December 8, 2025, to accommodate one of the attorneys |
| 4 | for Defendants who is undergoing back surgery on November 6, 2025 and will require at least |
| 5 | one week (or more) of rest. (Id. at 3.) Defendants also ask the Court to extend the remaining |
| 6 | pretrial deadlines "commensurate to the new trial date." (Id.) The Court finds good cause to |
| 7 | extend the trial date, in part. Given other matters already set for trial, the Court hereby RESETS |
| 8 | the trial to December 1, 2025 at 9:00 AM, which should accommodate the attorney's recovery. |
| 9 | The Court also finds good cause to amend the remaining pretrial deadlines, and sets the |
| 10 | following remaining deadlines: (1) Motions in Limine shall be filed by September 15, 2025; (2) |
| 11 | Agreed Pretrial Order shall be filed by October 13, 2025; (3) Trial briefs, proposed voir dire, and |
| 12 | proposed jury instructions shall be filed by October 13, 2025; and (4) the pretrial conference |
| 13 | shall remain unchanged and held on October 29, 2025 at 1:30 PM. On these terms, the Court |
| 14 | GRANTS in part the Motion. |
| 15 | The clerk is ordered to provide copies of this order to all counsel. |
| 16 | Dated August 29, 2025. |

Marsha J. Pechman
United States Senior District Judge