UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANYSA NGETHPHARAT and JAMES KELLEY,<br><br>                Plaintiffs,<br><br>   v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,<br><br>                Defendant. | CASE NO. C20-454 MJP<br><br>ORDER GRANTING JOINT MOTION TO CONTINUE MOTION IN LIMINE DEADLINE |
| FAYSAL JAMA,<br><br>    Plaintiff,<br><br>   v.<br><br>STATE FARM FIRE AND CASUALTY COMPANY,<br><br>    Defendant. | |

1   This matter comes before the Court on the Parties' Joint Motion to Modify the Motion in
2   Limine Deadline. (Dkt. No. 281.) In the Motion, the Parties ask the Court to extend the motion in
3   limine deadline to October 3, 2025, to allow for more time to work through various pre-trial
4   issues cooperatively before filing the motions in limine. The Court finds good cause to extend
5   the deadline. The Court GRANTS the Motion and EXTENDS the deadline for the filing of
6   motions in limine to October 3, 2025. Responses shall be due by October 23, 2025, and no
7   replies shall be filed.

   The clerk is ordered to provide copies of this order to all counsel.

   Dated September 5, 2025.

   Marsha J. Pechman
   United States Senior District Judge