UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANYSA NGETHPHARAT, et al.,<br><br>                Plaintiff(s),<br>  v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,<br><br>                Defendant(s). | CASE NO. C20-0454-KKE<br><br>ORDER GRANTING JOINT STIPULATED MOTION TO EXTEND DEADLINE TO RESPOND TO MOTIONS IN LIMINE, SETTING DEADLINE FOR PROPOSED TRIAL AND PRE-TRIAL CONFERENCE DATES, AND STRIKING TRIAL AND PRE-TRIAL CONFERENCE |

Based on the Joint Stipulated Motion to Extend Deadline to Respond to Motions in Limine in this matter, IT IS HEREBY ORDERED that the Joint Motion is GRANTED. The new deadline for all parties to file responses to motions in limine (Dkt. Nos. 285, 287) is now October 30, 2025.

Further, as discussed at the status conference on October 21, 2025 (Dkt. No. 306), the parties are directed to meet and confer and provide the courtroom deputy with three future trial and pretrial conference dates. The parties shall provide their proposed dates by October 28, 2025. The pre-trial conference currently set for October 29, 2025, at 1:30 pm and the trial set to begin December 1, 2025, are STRICKEN.

Dated this 22nd day of October, 2025.

*Kymberly K Evanson*

Kymberly K. Evanson
United States District Judge

ORDER GRANTING JOINT STIPULATED MOTION TO EXTEND DEADLINE TO RESPOND TO MOTIONS IN LIMINE, SETTING DEADLINE FOR PROPOSED TRIAL AND PRE-TRIAL CONFERENCE DATES, AND STRIKING TRIAL AND PRE-TRIAL CONFERENCE - 1