UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANYSA NGETHPHARAT, et al., | CASE NO. C20-0454-KKE |
| Plaintiff(s), | ORDER DIRECTING PLAINTIFFS TO RESPOND TO DEFENDANTS' NOTICE WITHDRAWING JURY DEMAND |
| v. | |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, | |
| Defendant(s). | |

This matter comes before the Court *sua sponte*. On January 7, 2026, Defendants filed a notice withdrawing their jury demand and stating that, as a result, "the trial scheduled for April 6, 2026, on the issue of enhanced damages under the CPA, will proceed as a bench trial." Dkt. No. 313. Plaintiffs have not responded with their position on whether the trial will be a bench or jury trial. The Court notes, however, that the parties have filed proposed voir dire and jury instructions. Dkt. Nos. 294, 295, 297, 298.

Plaintiffs are DIRECTED to file a response by January 22, 2026, stating whether they agree with Defendants' position that the trial scheduled for April 6, 2026, will proceed as a bench trial and, if Plaintiffs disagree, the basis for Plaintiffs' position. Plaintiffs' response shall not exceed two pages.

ORDER DIRECTING PLAINTIFFS TO RESPOND TO DEFENDANTS' NOTICE WITHDRAWING JURY DEMAND - 1

Dated this 20th day of January, 2026.

Kymberly K. Evanson
United States District Judge

ORDER DIRECTING PLAINTIFFS TO RESPOND TO DEFENDANTS' NOTICE WITHDRAWING JURY DEMAND - 2