**The Honorable Kymberly K. Evanson**

**UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

| | |
|---|---|
| ANYSA NGETHPHARAT and JAMES KELLEY, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,<br><br>Defendant. | Case No. 2:20-cv-00454-KKE<br><br>**ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION TO MODIFY NOTING DATE OF STATE FARM'S MOTION TO FILE PORTIONS OF THE TRIAL TRANSCRIPT UNDER SEAL (DKT. 363)**<br><br>NOTE ON MOTION CALENDAR:<br>May 22, 2026<br>[*Same-Day Motion*] |
| FAYSAL A. JAMA, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>STATE FARM FIRE AND CASUALTY COMPANY,<br><br>Defendant. | |

ORDER GRANTING DEFS.' MOT. TO MODIFY NOTING
DATE OF MOTION TO FILE PORTIONS OF THE TRIAL
TRANSCRIPT UNDER SEAL– 1
(Case No. 2:20-CV-00454-KKE)

KIRKPATRICK SYMANSKI PARKER
A T T O R N E Y S   A T   L A W
6161 NE 175TH STREET, SUITE 203
KENMORE, WA  98028
(206) 629-5489  FAX (206) 629-2120

## ORDER

Based on the Defendants' Unopposed Motion to Modify Noting Date of State Farm's Motion to File Portions of the Trial Transcript Under Seal (Dkt. 363) in this matter, the Court hereby modifies the noting date for State Farm's Motion to File Portions of the Trial Transcript Under Seal Per LCR 5(G)(3)(b) (Dkt. No. 363), from May 26, 2026, to June 11, 2026.

IT IS ORDERED that Defendants' Unopposed Motion is **GRANTED**.

DATED this 27th day of May, 2026.

*Kymberly K Evanson*

Kymberly K. Evanson
United States District Judge

Presented by:

WHEELER TRIGG O'DONNELL, LLP

By *s/ Eric L. Robertson*
  Eric L. Robertson  *(admitted Pro Hac Vice, Lead Counsel)*
  Peter W. Herzog, III *(admitted Pro Hac Vice, Lead Counsel)*
  Attorneys for Defendant State Farm Mutual Automobile Insurance Company and State Farm Fire & Casualty Company

KIRKPATRICK SYMANSKI PARKER

By *s/ Dan R. Kirkpatrick*
  Dan R. Kirkpatrick  WSBA #38674 *(Local Counsel)*
  Zach Parker WSBA#53373 *(Local Counsel)*
  *Noelle Symanski WSBA#57022 (Local Counsel)*
  Attorneys for Defendant State Farm Mutual Automobile Insurance Company and State Farm Fire & Casualty Company

ORDER GRANTING DEFS.' MOT. TO MODIFY NOTING DATE OF MOTION TO FILE PORTIONS OF THE TRIAL TRANSCRIPT UNDER SEAL– 2
(Case No. 2:20-CV-00454-KKE)