UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANYSA NGETHPHARAT, et al.,<br><br>Plaintiff(s),<br>v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,<br><br>Defendant(s). | CASE NO. C20-0454-KKE<br><br>ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION TO STAY EXECUTION OF JUDGMENT |
| FAYSAL A. JAMA,<br><br>Plaintiff(s),<br>v.<br><br>STATE FARM FIRE AND CASUALTY,<br><br>Defendants(s). | |

After reviewing Defendants' unopposed motion to stay execution of judgment in this matter (Dkt. No. 381), and finding good cause, the Court GRANTS the motion. The Court stays execution of the judgment without requiring a supersedeas bond or other security until Plaintiffs' forthcoming appeal, and any appeal State Farm may file, is fully and finally resolved.

//

//

Dated this 2nd day of October, 2026.

Kymberly K. Evanson
United States District Judge