UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANYSA NGETHPHARAT, et al.,<br><br>Plaintiff(s),<br>v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,<br><br>Defendant(s). | CASE NO. C20-0454-KKE<br><br>ORDER GRANTING UNOPPOSED MOTION TO PROVISIONALLY FILE DOCUMENTS UNDER SEAL |
| FAYSAL A. JAMA,<br><br>Plaintiff(s),<br>v.<br><br>STATE FARM FIRE AND CASUALTY COMPANY,<br><br>Defendants(s). | |

On October 15, 2026, the Court granted Plaintiffs' unopposed motion to provisionally file under seal certain documents (Dkt. No. 387) related to their motion for attorney's fees (Dkt. No. 382). Dkt. No. 405. Defendants now seek to provisionally file those same records that are subject to the Court's prior order in support of their response to Plaintiffs' motion. Dkt. No. 402. Specifically, State Farm's Appendices A and B include quoted material from Plaintiffs' counsel's

time records, which Plaintiffs have designated as confidential and which the Court permitted to be filed under seal.

For the same reasons articulated in the Court's October 15, 2026 order (Dkt. No. 405), the Court GRANTS Defendants' motion (Dkt. No. 402). The clerk is directed to maintain Dkt. Nos. 403 and 404 under seal.

Dated this 21st day of October, 2026.

Kymberly K. Evanson
United States District Judge